UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 13345
   JESUS B PADILLA
   LAURA E PADILLA                        CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-8481    SSN XXX-XX-9026
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/26/07 and confirmed on 11/20/07.

2. The case was dismissed after confirmation, 10/09/2008.

3. The Debtor paid a total of $ 10062.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 7150.00 | 280.85 | 3323.07 |
| CITIZENS BANK | SECURED VEHIC | 19337.53 | 879.61 | 3735.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11079.72 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1080.73 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 868.40 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 682.33 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BATAVIA | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1300.01 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 725.45 | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | 1217.21 | .00 | .00 |
| LANGE PROPERTY MGNT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 268.51 | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 833.28 | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 2808.79 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| XM SATTELITE RADIO | UNSECURED | NOT FILED | .00 | .00 |
| GEORGETOWN OF BATAVIA CO | SECURED | 665.92 | .00 | 665.92 |
| CITIZENS BANK | UNSECURED | 4473.86 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED       27153.45            .00         25338.29            .00        52491.74
PRINCIPAL PAID            7724.82            .00              .00            .00         7724.82
INTEREST PAID             1160.46            .00              .00            .00         1160.46
TOTAL PAID                8885.28            .00              .00            .00         8885.28
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
and was paid $    2500.00   direct and $     665.49   through the plan.

The Trustee received $     511.73 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 07 B 13345 JESUS B PADILLA & LAURA E PADILLA